FILED

2014 FEB 20 PM 3: 45

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S)<br><br>v.<br><br>RONALD S. CALDERON,<br>THOMAS M. CALDERON<br><br>DEFENDANT(S). | Initial Indictment:<br>**CR14-0103**<br>Case Number to be Assigned by Criminal Intake Clerk<br><br>Superseding Indictment:<br><br>Case Number<br><br>**NOTICE TO COURT OF COMPLEX CRIMINAL CASE**<br>(To Be Filed No Later than Two Business Days Prior to the Time of Arraignment) |
|---|---|

☒ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____.
and/or
☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is __15-18__ trial days.

☐ **Superseding Indictment**

Upon a careful review of the _____ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____ (The previous number of defendants was _____ ).
and/or
☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days. (The previous estimate was _____ trial days.)

Date: 2/19/2014

_____
DOUGLAS M. MILLER
Assistant United States Attorney

CR-63 (07/05)         NOTICE TO COURT OF COMPLEX CRIMINAL CASE