# Memorandum



CR14-0103

FILED
2014 FEB 20 PM 3:45
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

| Subject: | Date: |
|---|---|
| UNITED STATES v. RONALD S. CALDERON et al. | February 18, 2014 |

| To: | From: |
|---|---|
| TERRY NAFISI<br>Clerk, United States District Court<br>Central District of California | DOUGLAS M. MILLER<br>MACK E. JENKINS<br>Assistant United States Attorney<br>Criminal Division |

For purposes of determining whether the above-referenced matter being filed on February 20, 2014 should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

(1) a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

For purposes of determining whether the matter should be assigned to the Honorable Beverly Reid O'Connell, it

☐ is

☒ is not

(1) a matter pending in the General Crimes Section of the USAO at any time between December 2, 2001 to February 23, 2003, the time period when Judge O'Connell served as a Deputy Chief of that section; or (2) a matter in which Judge O'Connell was personally involved or on which she was personally consulted while employed in the USAO between February 2, 1995, and July 6, 2005.

DOUGLAS M. MILLER
Assistant United States Attorney
Criminal Division