# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:14-CR-00103-MWF    Recorder: Miranda Algorri    Date: 02/24/2014

Present: The Honorable Suzanne H. Segal, U.S. Magistrate Judge

Court Clerk: Marlene Ramirez    Assistant U.S. Attorney: Mack Jenkins

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 1.) RONALD S. CALDERON BOND-PRESENT | 1.) MARK GERAGOS RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Michael W. Fitzgerald.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 4/22/2014 at 9:00 AM
    Status Conference 3/10/2014 at 3:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 05
Initials of Deputy Clerk: MR by TRB