UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

'O'

| Case No. | 2:14-CR-0103-CAS | Date | April 4, 2016 |
|---|---|---|---|
| Present: The Honorable | CHRISTINA A. SNYDER | | |
| Interpreter | N/A | | |

| Catherine Jeang | Laura Elias | Douglas Miller / Mack Jenkins / Judith Heinz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1) Ronald S. Calderon | X | | X | Mark Geragos | X | | X |
| 2) Thomas M. Calderon (Waiver of Appearance Filed) | Not | | X | Shepard Kopp | X | | X |

Proceedings: GOVERNMENT'S EX PARTE APPLICATION FOR ORDER COMPELLING THE RETURN OF CERTAIN DISCOVERY AND DEFENSE COMPLIANCE WITH CIPA (Dkt. 124)

On December 21, 2015, the government filed the above-referenced application for an order compelling the return of certain discovery and defense compliance with CIPA. Dkt. 124 ("App'n"). On January 19, 2016, defendant Ronald S. Calderon ("defendant") filed an opposition to the government's application. Dkt. 139 ("Opp'n"). On February 16, 2016, the government filed a reply. Dkt. 143 ("Reply").[1] On April 4, 2016, the Court heard oral argument from the parties.

For the reasons set forth in the government's application and in the government's classified amended motion for a protective order and supporting documents filed concurrently in camera and under seal therewith, the Court finds that the government has demonstrated good cause for the return of the specified discovery materials, and accordingly **GRANTS** the government's application.

---

[1] On February 19, 2016, pursuant to a joint stipulation of the parties, a status conference previously scheduled for February 22, 2016 was rescheduled to April 4, 2016. Dkt. 144. Trial in this matter is currently scheduled for July 19, 2016. See Dkt. 147.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES - GENERAL

'O'

The Court hereby orders defendants Ronald S. Calderon and Thomas M. Calderon and their counsel to complete the following actions:

1. Within **seven (7) days**, return to the government discovery materials that the government produced under Bates Nos. EMAIL 000001 through EMAIL 000333 and any copies of such materials created or possessed by the defense; and

2. Comply with Section 5 of the Classified Information Procedures Act, 18 U.S.C. App. III, and file any Section 5(a) written notice to the Court through the Classified Information Security Office or his designee.

Upon receipt of the discovery materials returned to it pursuant to this order, the government will examine them, and will re-produce the discovery materials in a redacted or other format as necessary to protect any classified information.

IT IS SO ORDERED.

|  | 00 | : | 20 |
|---|---|---|---|
| Initials of Deputy Clerk | | CMJ | |

cc:   Pretrial Services